# EXHIBIT A

FILED: KINGS COUNTY CLERK 11/09/2017 05:45 PM
NYSCEF DOC. NO. 3
INDEX NO. 514011/2017
RECEIVED NYSCEF: 11/09/2017

PROVEST, LLC
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY 11722
(631) 666-6168

ZWICKER & ASSOCIATES, P.C. (NY)
100 CORPORATE WOODS
ROCHESTER, NY 14623

**SUPREME COURT**
**COUNTY OF KINGS**

**AMERICAN EXPRESS BANK, FSB,**
Plaintiff,

Against

**AMROM ISRAEL,**
Defendant(s).

**STATE OF NEW YORK**
INDEX # 514011/2017

**AFFIDAVIT OF SERVICE**

STATE OF NY   COUNTY OF KINGS

Feisal Abderahman being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of NY.

That on October 27, 2017 at 2:38PM at 1520 54TH ST APT 2, BROOKLYN, NY, 11219, deponent served the within NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING, SUMMONS & COMPLAINT bearing index # 514011/2017, filed 07/20/2017 on **AMROM ISRAEL**, defendant therein named.

**SUITABLE AGE PERSON** [X]

By delivering thereat a copy of each to **"Jane Doe" (refused name), co-resident**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's dwelling place/usual place of abode and the reply was affirmative.

**MAILING** [X]

On 11/07/2017 deponent also enclosed a copy of same, in a prepaid sealed, first class wrapper marked personal and confidential, properly addressed to defendant and mailed to defendant at **1520 54TH ST APT 2, BROOKLYN, NY, 11219** by depositing said wrapper in a post office of the United States Postal Service within the New York State

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follow:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|---|---|---|---|---|---|
| F | White | Brown | 29 | 5ft4in-5ft7in | 100-130 lbs |

**USE IN NYC CIVIL CT.**

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es)

**MILITARY SERVICE** [X]

I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NY in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of NY or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 11/7/17

KEVIN MCCARTHY
NOTARY PUBLIC, State of New York

LICENSE # 2053231
FILE # 5003287
CASE ID # 5004547